**Dated: May 30, 2012**

**The following is ORDERED:**



*Tom R. Cornish*
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:
ROBERT EMMETT GLEASON          Case No. 11-81782-TRC
aka Robin Emmett Gleason           Chapter   13
SHIRLEY ANN GLEASON

           Debtor(s).

ORDER CONFIRMING PLAN

On the 17th day of May, 2012, the Debtor(s) Chapter 13 Plan filed November 14, 2011, (Docket Entry 2) and Summary of Plan, (Docket Entry 3) with Objection thereto filed by the Trustee, (Docket Entry 46) and Second Amended Plan and Summary ("Plan") filed April 13, 2012, (Docket Entry 67) came before this Court for hearing. Appearances were entered at the hearing by Jeff Herrick on behalf of the Debtor(s) and Richard Walden for William M. Bonney, the Chapter 13 Trustee.

After consideration of the Plan and the file, this Court finds:

1. After proper distribution of the Plan and the Notice of Hearing thereon to creditors, the Objection filed by the Trustee was resolved.

2. The Plan complies with the applicable provisions of 11 U.S.C. Sec. 1322 and Sec. 1325 as necessitated by the United States Bankruptcy Code.

3. Just cause exists to extend the Plan term to sixty months.

FURTHER, in order to effectively implement the Plan, the Debtor(s) is instructed to comply with 11 U.S.C. Sec. 1326 and Sec. 1327 and the Local Rules of the Court, to-wit:

A. The Debtor(s) shall submit the disposable income provided for in the Plan to the Trustee for distribution to creditors. 11 U.S.C. Sec. 1326(a)(1).

B. The Debtor(s) shall be bound by the terms of the confirmed Plan. 11 U.S.C. Sec. 1327(a).

C. Unless otherwise provided for in the Plan, all property of the estate is vested in the Debtor(s) upon the entry of this Order. 11 U.S.C. Sec. 1327(b).

IT IS THEREFORE ORDERED that the Second Amended Plan and Summary filed April 13, 2012, by the Debtor(s) is hereby **confirmed for a term of sixty months.**

IT IS FURTHER ORDERED that the resolution of the Objection filed by the Trustee is hereby **approved.**

IT IS FURTHER ORDERED that the Debtor(s) shall strictly comply with the implementation instructions herein contained.

tc

###